# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER** _____ |
| | : | |
| | : | **CASE NO.** \_\_-\_\_-bk-_____ |
| | : | |
| | : | |
| **Debtor(s)** | : | |
| | : | **ADVERSARY NO.** \_\_-\_\_-ap-_____ |
| | : | (if applicable) |
| | : | |
| | : | |
| | : | |
| **Plaintiff(s)/Movant(s)** | : | |
| **vs.** | : | **Nature of Proceeding:** _____ |
| | : | |
| | : | **Pleading:** _____ |
| | : | |
| | : | |
| **Defendant(s)/Respondent(s)** | : | **Document #:** _____ |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

  The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    Thirty (30) days.
    Forty-five (45) days.
    Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____   _____
                  Attorney for_____

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.