UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: DAWN ELIZABETH PARKS                               Case No. 13-06057

NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address,
pertaining to both notices and payments, listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 939 W North Avenue, | 440 S. LaSalle Street, |
| Suite 680 | Suite 2000 |
| Chicago, IL 60642 | Chicago, IL 60605 |

Dated: 5/9/2017                    /s/ Ashley Boswell

                                   Creditor's Authorized Agent for Fay Servicing LLC