# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764 FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 27, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Dawn Elizabeth Parks**
             **Chapter 13 Bankruptcy**
             **Case No. 5-13-6057**

Dear Sir/Madam:

    I have received returned mail for ANIMAL CARE CENTER, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: DSG COLLECT 1824 W GRAND AVE STE., 200 CHICAGO, IL 60622-6721. Please be advised the correct information is as follows:

            VCA ANIMAL CARE CENTER OF CHICAGO

                  1248 WEST WASHINGTON BLVD

                         CHICAGO, IL 60607

I served the Order of Discharge at the above address on July 27, 2017. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                      Very truly yours,

                      /s/ Tullio DeLuca, Esquire

TD/th